UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Makusha Gozo, | Civ. No. 24-1193 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Skillet Kitchen, Inc., Eric Tollefson, Kandiyohi County, Alejandro Mayorkas, the City of Willmar, the State of Minnesota, U.S Department of Homeland Security, and Tim Walz, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty dated May 13, 2024. (Docket No. 20). The R&R recommends denying Plaintiff Makusha Gozo's various motions—"Motion for 42 U.S.C. § 1997e(a) Exhaustion" (Docket No. 3), "Emergency Motion for Injunctive or Declaratory Relief" (Docket No. 5), and two Motions seeking to proceed in forma pauperis ("IFP") in this matter (Docket Nos. 7, 15)—and dismissing this matter in its entirety. Plaintiff has not objected to the R&R and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the

Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 20) is **ADOPTED**;

2. Plaintiff's IFP Applications (Docket Nos. 7, 15) are **DENIED as moot**;

3. Plaintiff's Motion for Exhaustion (Docket No. 3) and Motion for Injunctive or Declaratory Relief (Docket No. 5) are **DENIED as moot**; and

4. This matter is **DISMISSED without prejudice** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 11, 2024

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge