UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Makusha Gozo,                                                        Civ. No. 24-1193 (PAM/JFD)

                  Plaintiff,

v.                                                                                          **ORDER**

Skillet Kitchen, Inc., Eric Tollefson,
Kandiyohi County, Alejandro
Mayorkas, the City of Willmar,
the State of Minnesota,
U.S Department of Homeland
Security, and Tim Walz,

                  Defendants.

This matter is before the Court on Plaintiff Makusha Gozo's Motion to Amend and Clarify Motion for Injunctive or Declaratory Relief, seeking permission to amend the Complaint. (Docket No. 23.)

Gozo filed his Motion after judgment was entered, dismissing the claims without prejudice. (Docket Nos. 21, 22.) If Gozo wishes to file a new lawsuit, he may do so.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff Makusha Gozo's Motion to Amend and Clarify Motion for Injunctive or Declaratory Relief (Docket No. 23) is **DENIED**.

Dated: January 27, 2025                                   *s/ Paul A. Magnuson*
                                                                  Paul A. Magnuson
                                                                  United States District Court Judge